UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MOLLIEJO NEVAREZ,

        Plaintiff,                        HONORABLE PAUL L. MALONEY

v.                                          Case No. 1:15-cv-873

BRANCH BANKING AND TRUST
COMPANY,

        Defendant.
_____/

## **JUDGMENT**

      Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered

Dated: September 23, 2016                    /s/  Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge